**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

KEITH WILLIAM BROWN                                          PLAINTIFF

v.                                    NO. 3:20-cv-00155- JTR

ANDREW SAUL,
Acting Commissioner,
Social Security Administration                              DEFENDANT

## ORDER

Plaintiff, Keith William Brown, seeks judicial review of the administrative denial of his claims for disability insurance benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C.  § 405(g). *Doc. 16*. The Motion states that Brown's counsel agrees to the requested reversal and remand. *Id. at 1*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 16*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 4th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE