# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KEITH WILLIAM BROWN                                                                          PLAINTIFF

v.                                    NO. 3:20-cv-00155- JTR

ANDREW SAUL,
Acting Commissioner,
Social Security Administration                                                               DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Keith William Brown, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 4th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE